## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

JOHN WAYNE MCCHRISTON, JR.                                    PLAINTIFF

v.                                                    No. 3:26-CV-00105-JDM-DAS

L.T. BOBBY ADAMS, ET AL.                                      DEFENDANTS

## ORDER

This matter comes before the Court on the *pro se* Plaintiff's complaint challenging the conditions of his confinement under 42 U.S.C. § 1983. Doc. # 1. Plaintiff names L.T. Bobby Adams, Major Davie Taylor, and C.O. 1 Jamie Doe as Defendants in this action. *Id.* The Court entered a Process Order on May 26, 2026, issuing process for Defendants Adams and Taylor, *see* Doc. # 13, but process could not be issued for Defendant Doe as the Court cannot serve process on unidentified individuals. As such, Plaintiff is **DIRECTED** to identify Defendant Doe by that individual's full name within thirty (30) days of the date of this Order. Plaintiff's failure to do so may result in the dismissal of claims against Defendant Doe without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure.

**SO ORDERED**, this, the 26th day of May, 2026.

/s/ David A. Sanders
**DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**