**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JOHN WAYNE MCCHRISTON, JR.**                                   **PLAINTIFF**

**v.**                                              **No. 3:26-CV-00105-JDM-DAS**

**L.T. BOBBY ADAMS, ET AL.**                                     **DEFENDANTS**

**<u>ORDER</u>**

Plaintiff John Wayne McChriston, Jr., proceeding *pro* se, initiated this civil rights action pursuant to 42 U.S.C. § 1983 and named L.T. Bobby Adams, Major Davie Taylor, and C.O. 1 Jamie Doe as Defendants. Doc. # 1. Plaintiff represented that Defendants were employees of the Marshall County Correctional Facility such that they would also be employees of the Mississippi Department of Corrections ("MDOC"). *Id.* The case was transferred to this District on April 28, 2026. Doc. # 7. The Court entered a Process Order directing that Notices of Lawsuit and Requests of Waiver of Summons be sent to the contact person for MDOC on May 26, 2026. Doc. # 13. Shortly thereafter, on June 4, 2026, Counsel for MDOC sent a response to the Court advising that MDOC had no record of the named Defendants as having ever been MDOC employees. Doc. # 15. As such, within twenty-one (21) days from the date of this order, Plaintiff is **DIRECTED** to provide valid addresses for Defendants L.T. Bobby Adams and Major Davie Taylor so that service of process may be effectuated. Plaintiff's failure to do so will result in the dismissal of claims without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure.

**SO ORDERED**, this, the 5th day of June, 2026.

/s/ David A. Sanders
**DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**