## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**JOHN WAYNE MCCHRISTON, JR.**                                          **PLAINTIFF**

**v.**                                                   **No. 3:26-CV-00105-JDM-DAS**

**L.T. BOBBY ADAMS, ET AL.**                                          **DEFENDANTS**

### ORDER

This matter comes before the Court on the response filed by *pro se* Plaintiff John Wayne McChriston, Jr., in which he clarifies the identities of the defendants named in his complaint. Doc. # 18. In particular, Plaintiff identifies the following individuals as Defendants in this action:

1.  Major David Tayler/Taylor

2.  L.T. /Major Bobby Anderson

3.  C.O. 1 Curkindol

*See id.* at 2. As such, the Clerk of Court is **DIRECTED** to **TERMINATE** the defendants initially added when this action was filed and opened (L.T. Bobby Adams, Major Davie Taylor, and C.O. 1 Jamie Doe) and **ADD**, or substitute, with the individuals identified above as the Defendants in this action.

**SO ORDERED**, this, the 26th day of June, 2026.


/s/ David A. Sanders
**DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**