**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JOHN WAYNE MCCHRISTON, JR.**                                    **PLAINTIFF**

**v.**                                              **No. 3:26-CV-00105-JDM-DAS**

**MAJOR DAVID TAYLER/TAYLOR, ET AL.**                    **DEFENDANTS**

## ORDER DENYING PLANTIFF'S MOTION FOR DISCOVERY

This matter comes before the Court on the *pro se* Plaintiff's three-page handwritten document which has been construed and docketed as a Motion for Discovery. Doc. # 21. In said filing, Plaintiff cites the *Mississippi Rules of Civil Procedure* and seeks "documents [that] would help progress the case" to include (but not limited to): (1) video evidence from 6/20/2024 to 6/21/2024 for Unit B-1 at Marshall County Correctional Facility; (2) a statement from defendants; (3) incident reports regarding the aforementioned date and place; (4) medical records from the same date about the same issue; and (5) any and all other related evidence. *See id.* at 2-3. Plaintiff, however, advances no substantive argument in support of this request. Moreover, the Court has recently entered a second order directing that the Clerk of Court issues notices of lawsuit and requested a waiver of service of summons upon defendants which has not yet been returned. *See* Doc. # 20. As such, the case has not yet proceeded and any request for discovery is premature. Accordingly, Plaintiff's motion [21] is hereby **DENIED without prejudice** at this time.

**SO ORDERED**, this, the 15th day of July, 2026.

/s/ David A. Sanders
**DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**