**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JOHN WAYNE MCCHRISTON, JR.** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 3:26-CV-00105-JDM-DAS**

**MAJOR DAVID TAYLER/TAYLOR, et al.** **DEFENDANTS**

**ORDER DIRECTING PLAINTIFF TO PROVIDE COMPLETE ADDRESS**

This matter comes before the Court on the unexecuted return of the summons issued for Defendant Kuykendall Kenriyan. Doc. # 31. The summons was returned unexecuted due to lack of a complete valid address for the defendant. *See id.* As such, Plaintiff is **DIRECTED** to provide the Court with a *complete* valid address for Defendant Kuykendall Kenriyan so that the United States Marshall Service may effectuate service of process upon him. Plaintiff must provide such address within fourteen (14) days from the date of this Order. Plaintiff's failure to do *will* result in the dismissal of his claims against Defendant Kenriyan without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure.

**SO ORDERED**, this the 19th day of August, 2026.

/s/ David A. Sanders
**DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**