**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JOHN WAYNE MCCHRISTON, JR.** **PLAINTIFF**

**v.** **No. 3:26-CV-00105-JDM-DAS**

**MAJOR DAVID TAYLER/TAYLOR, ET AL.** **DEFENDANTS**

**ORDER DISMISSING DEFENDANT KUYKENDALL KENRIYAN WITHOUT PREJUDICE**

This matter comes before the Court for consideration of dismissal of Defendant Kuykendall Kenriyan without prejudice. On July 2, 2025, Plaintiff John Wayne McChriston, Jr., proceeding *pro se*, initiated this civil rights action under 42 U.S.C. § 1983 by filing a complaint in the Southern District of Mississippi. [1] The matter was transferred to this district on April 28, 2026. [7]

In his complaint, McChriston named three defendants: L.T. Bobby Adams, Major Davie Taylor, and C.O. 1 Jamie Doe. [1] The Court entered an Order on May 26, 2026, directing McChriston to identify Defendant Doe by name so that they could be served with process. [14] On June 24, 2026, McChriston submitted a response clarifying the identity of named defendants and identifying Defendant Doe as C.O. 1 Curkindol. [18]

On August 3, 2026, pursuant to a response filed by counsel for the Mississippi Department of Corrections ("MDOC"), it was determined that C.O. 1 Curkindol was *former* MDOC employee Kuykendall Kenriyan. [28] Counsel for MDOC provided the last known address for Kenriyan in that response. *Id.* The Court then issued a summons and order directing that Kenriyan be served. [29][30]

On August 18, 2026, the summons was returned unexecuted as to Kenriyan. [31] As such, on August 19, 2026, the Court entered an Order directing McChriston to provide a complete valid address for Kenriyan so that service of process could be effectuated. [32] That Order directed

McChriston to provide the required information within fourteen (14) days and warned him that his failure to do so would result in the dismissal of his claims without prejudice against Defendant Kenriyan. *Id.*

Despite this warning and directive, McChriston has failed to provide a complete valid address for Kenriyan and the time for doing so has passed. Thus, McChriston's claims against Defendant Kuykendall Kenriyan are hereby **DISMISSED without prejudice** under Rule 41(b) of the Federal Rules of Civil Procedure.

**SO ORDERED**, this the 21st day of September, 2026.

**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**